ELIZABETH HEGMAN, ADMINISTRATRIX, &c., DEFEND-
ANT IN ERROR, v. JERSEY CITY, HOBOKEN AND PAT-
ERSON STREET RAILWAY COMPANY, PLAINTIFF IN
ERROR.

Argued November 26, 1909—Decided February 28, 1910.

On error to the Supreme Court, whose opinion is reported
in 48 *Vroom* 310.

For the plaintiff in error, *William D. Edwards* and *Edwin
F. Smith*.

For the defendant in error, *Alexander Simpson*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Reed in the Supreme Court. We observe a slight inaccuracy
in the opinion, where, after reciting the evidence of the col-
lision and the fatal injuries to the plaintiff's intestate, the
opinion goes on to say: "It follows that the collision was
either a pure accident, without the fault of anyone, or that
it resulted from the fault of the defendant in maintaining a
defective front platform upon the rear car." The defective
front platform had to do, not with producing the collision,
but only with the fatal result to the plaintiff's intestate. The
reasoning of the opinion is not affected by this inaccuracy.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, SWAYZE, TRENCHARD, PARKER, MINTURN, BOGERT,
VREDENBURGH, VROOM, DILL, CONGDON, JJ. 12.

*For reversal*—None.